*6:32/019*
*Walter* USA V *William Spaulding*
*MS 19-10462-S-REB*

# United States District Court
## Violation Notice

CVB Location Code

*1) #3*

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6216522 | KYLE RAHN | 4334 |

6216522

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 4-11-2019 1257 | 38 CFR 1.218(b) 26 |

Place of Offense
VA MEDICAL CENTER, 500 FORT ST. BOISE, ID 83702

Offense Description: Factual Basis for Charge    HAZMAT ☐
OVERSIZE VEHICLE PARKED ILLEGALLY
PARKED TAKING UP THREE PARKING
SPOTS

---

DEFENDANT INFORMATION | Phone: (208) 963-2338

| Last Name | First Name | M.I. |
|---|---|---|
| SPAULDING | WILLIAM | D. |

Street Address
4495 COUNTY ROAD 208

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| CARPENTER | WY | 82054 | 12/01/1958 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 106714-520 | | WY | 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 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair REO | Eyes REO | Height 80" | Weight 250 |

VEHICLE | VIN: WDOPF44518525G373 CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| DV PGZ | ID | 08 | Dodge/Sprinter | | BLUE |

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy) | B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|
| | $ 25.00   Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ 55.00   Total Collateral Due |

CVB SCAN 04/23/2019 13:22

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address U.S FEDERAL COURT 550 W. FORT ST. BOISE, ID 83724 | Date (mm/dd/yyyy) 06/03/2019 |
|---|---|
| | Time (hh:mm) 1:00 PM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

'REFUSED TO SIGN'

X Defendant Signature

(Rev. 09/2015)          Original - CVB Copy

---

*William Spaulding*

*A) William Spaulding (current address) 3512 W. Idaho Blvd Emmett, Idaho 83617 208-963-2338 (Kenny's bag)*

*A) Pete Wucetich A/S a*



### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 11, 2019, while exercising my duties as a law enforcement officer in the Southern District of Idaho.

On 4/11/2019 at 1215 hours I was dispatched to the area of Parking lot 2 on the Boise VA Medical Center property to assist Lt. Kingan who was on scene with a patient. When I arrived on scene there was a blue over-sized dodge van bearing Idaho license plate, ███, ~~~~~~~~~~~~ taking three parking spots. The owner of the blue van was talking with Lt. Kingan and was telling the Lt. that there was nothing wrong with the way he parked. I asked the male subject for his identification and he handed me a Wyoming drivers license identifying him as William D. Spaulding DOB 12/01/1958. I informed Spaulding that the way his vehicle was parked was illegal and he was using parking spaces that other patients could be using. Spaulding said he did not care and said that because there was no where for his vehicle to park he could park anywhere he wanted. I issued Spaulding a citation for illegally parking and then showed him where he could park his vehicle for future appointments.

The forgoing statement is based upon:

☒ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____04/11/2019_____     _Officer's Signature_
             Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)          U. S. Magistrate Judge